United States Bankruptcy Court

Southern District of Mississippi

| | |
|---|---|
| In re:<br>LUETEACER DONALD<br>    Debtor | Case No. 21-00052-KMS<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Oct 15, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + LUETEACER DONALD, 2068 St. John Rd, Braxton, MS 39044-9416 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 17, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Jennifer A Curry Calvillo | on behalf of Debtor LUETEACER DONALD jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Kent D. McPhail | on behalf of Creditor AMERICAN HONDA FINANCE CORP. D/B/A HONDA LEASE TRUST bankruptcynotices@mslawyers.law  KentMcPhailAssociatesLLC@jubileebk.net |
| Natalie Kareda Brown | on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-5 Home Equity Pass-Through Certificatesk Series 2006-5 nbrown@rlselaw.com, |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Oct 15, 2025 | Form ID: pdf012 | Total Noticed: 1 |

lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

Natalie Kareda Brown

on behalf of Creditor Select Portfolio Servicing  Inc. as servicer for U.S. Bank National Association, As Trustee, On Behalf Of The Holders Of The Home Equity Asset Trust 2006-5 Home Equity Pass-Through Certificates, Serie nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

Thomas Carl Rollins, Jr

on behalf of Debtor LUETEACER DONALD trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 8



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 15, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                          CHAPTER 13

LUETEACER DONALD                                    CASE NO: 21-00052 KMS
Debtor

## ORDER

THIS CAUSE came before the Court on the Trustee's Motion to Modify (DK #60), and the Court Orders as follows:

THAT, no response has been timely filed herein.

THAT, the Trustee's Motion to Modify is hereby granted.

THAT, the Debtor's plan is modified to use funds on hand and/or to be received to pay an increased percentage to timely filed unsecured claims. That said funds shall be paid on a pro rata basis with the Trustee to determine the proper percentage.

THAT, the indebtedness of those creditors not timely filing proofs of claims shall be paid nothing.

THAT, the Debtor's Wage Deduction Order, or Order to Pay Trustee shall remain unaltered and be honored until the Debtor has completed payments under the confirmed plan.

##END OF ORDER##

SUBMITTED BY:

/s/ David Rawlings
David Rawlings,
Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
Phone: 601 582-5011  Fax: 601 584-9451
ecfnotices@rawlings13.net