UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

IN RE:                                                                      CASE NO: 21-00052

LUETEACER DONALD                                Chapter: 13

Debtor(s)

## NOTICE OF CLAIM SATISFACTION

As to Claim 06 filed on 03/22/2021, SYNCHRONY BANK C/O AIS PORTFOLIO SERVICES LLC files this notice that its claim has been satisfied and the Debtor(s) have no further liability as to this claim. Client Name requests no further disbursements be made on this claim by the Chapter 13 Trustee.

/S/ Hiral Jaiswal

Hiral Jaiswal
SYNCHRONY BANK BY AIS INFOSOURCE, LP AS AGENT

4515 N Santa Fe Ave

Oklahoma City, OK 73118

(877) 893-8820