**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Lueteacer Donald, Debtor                               Case No. 21-00052-KMS
                                                                              Chapter 13

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

      prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

  G.  No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

  H.  I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: /s/ Lueteacer Donald                                02-18-2026
          Lueteacer Donald                                              Date

/s/ Thomas C. Rollins, Jr.                                02-18-2026
Thomas C. Rollins, Jr., MS Bar No. 103469                 Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

**CERTIFICATE OF SERVICE**

     On February 19, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                      /s/ Thomas C. Rollins, Jr.
                                      Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

LUETEACER DONALD

CASE NO: 21-00052

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 2/19/2026, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/19/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

LUETEACER DONALD

CASE NO: 21-00052

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 2/19/2026, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/19/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| | | |
|---|---|---|
| CASE INFO<br><br>LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 21-00052<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU FEB 19 7-59-53 PST 2026 | ~~EXCLUDE~~<br><br>~~(U)AMERICAN HONDA FINANCE CORP DBA HONDA LEA~~<br>~~KENT D MCPHAIL~~ | PRA  RECEIVABLES MANAGEMENT LLC<br>POB 41067<br>NORFOLK  VA 23541-1067 |
| ~~EXCLUDE~~<br><br>~~(U)SELECT PORTFOLIO SERVICING  INC AS SERVICER~~ | SYNCHRONY BANK CO AIS PORTFOLIO SERVICES LL<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | ~~EXCLUDE~~<br><br>~~(U)US BANK NATIONAL ASSOCIATION  AS TRUSTEE~~ |
| ~~EXCLUDE~~<br><br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ | ATT<br>PO BOX 5087<br>CAROL STREAM  IL 60197-5087 | (P)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| ~~EXCLUDE~~<br><br>~~(D)(P)AMERICAN HONDA FINANCE~~<br>~~P O BOX 168088~~<br>~~IRVING TX 75016-8088~~ | BRANDON EYE CARE<br>1390 W GOVERNMENT ST<br>BRANDON  MS 39042-3272 | BURLET TAYLOR<br>10 ZION HILL RD<br>MENDENHALL  MS 39114 |
| CREDIT ACCEPTANCE CORPORATION<br>25505 W 12 MILE RD SUITE 3000<br>SOUTHFILED  MI 48034-8331 | COMM CREDIT<br>121 FIRST ST NW<br>MAGEE  MS 39111-3501 | CREDEBCE RESOURCE MGMT<br>PO BOX 1253<br>SOUTHGATE  MI 48195-0253 |
| CREDIT ACCEPTANCE<br>PO BOX 5070<br>SOUTHFIELD  MI 48086-5070 | ~~EXCLUDE~~<br><br>~~(D)CREDIT ACCEPTANCE~~<br>~~PO BOX 5070~~<br>~~SOUTHFIELD MI 48086-5070~~ | DIRECTTV<br>PO BOX  5007<br>CAROL STREAM  IL 60197-5007 |
| FINGERHUT<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD  MN 56303-0820 | FIRST TOWER LOAN  LLC<br>PO BOX 320001<br>FLOWOOD  MS 39232-0001 | JALISA DONALD<br>413 6TH AVE<br>APT 1<br>MAGEE  MS 39111-3770 |
| JALISA DONALD<br>413 6TH AVE<br>APT 1G<br>MAGEE  MS 39111-3770 | NATALIE KAREDA BROWN<br>RUBIN LUBLIN SUAREZ SENANO LLC<br>US BANK NATIONAL ASSOCIATION<br>428 NORTH LAMAR BLVD SUITE 107<br>OXFORD  MS 38655-3221 | ONEMAIN FINANCIAL<br>PO BOX 1010<br>EVANSVILLE  IN 47706-1010 |
| ONEMAIN FINANCIAL GROUP LLC<br>ONEMAIN<br>PO BOX 3251<br>EVANSVILLE  IN 47731-3251 | PRA RECEIVABLES MANAGEMENT  LLC AS AGENT OF<br>PORTFOLIO RECOVERY ASSOCIATES  LLC<br>PO BOX 41067<br>NORFOLK  VA 23541-1067 | SPS<br>PO BOX 65250<br>SALT LAKE CIT  UT 84165-0250 |

| | | |
|---|---|---|
| SIMPSON GENERAL HOSPIT<br>PO BOC 457<br>MENDENHALL  MS 39114-0457 | SIMPSON LAW FIRM<br>PO BOX 1410<br>RIDGELAND  MS 39158-1410 | SOUTHERN FINANCIAL SVC<br>PO BOX 15203<br>HATTIESBURG  MS 39404-5203 |
| SYNCBPOLARIS CONSUMER<br>PO BOX 965073<br>ORLANDO  FL 32896-5073 | SYNCHRONY BANK CO AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 |
| US BANK NATIONAL ASSOCIATION AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE HOME EQUITY SELECT PORTFOLIO SERVICING INC<br>PO BOX 65250<br>SALT LAKE CITY  UT 84165-0250 | EXCLUDE<br>UNITED STATES TRUSTEE<br>501 EAST COURT STREET<br>SUITE 6-430<br>JACKSON  MS 39201-5022 | WORLD FINANCE<br>WORLD ACCEPTANCE CORPORATION<br>ATTN BANKRUPTCY<br>PO BOX 6429<br>GREENVILLE  SC 29606-6429 |
| WORLD FINANCE<br>124 MAIN AVE N<br>MAGEE MS 39111-3534 | EXCLUDE<br>(P)DAVID RAWLINGS<br>ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE<br>PO BOX 566<br>HATTIESBURG MS 39403-0566 | JENNIFER A CURRY CALVILLO<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG  MS 39401-3836 |
| DEBTOR<br>LUETEACER DONALD<br>2068 ST JOHN RD<br>BRAXTON  MS 39044-9416 | EXCLUDE<br>THOMAS CARL ROLLINS JR<br>THE ROLLINS LAW FIRM  PLLC<br>PO BOX 13767<br>JACKSON  MS 39236-3767 | |