United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                              Case No. 21-00052-KMS

LUETEACER DONALD                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                                   User: mssbad                                Page 1 of 3

Date Rcvd: Mar 17, 2026                           Form ID: 3180W                             Total Noticed: 30

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LUETEACER DONALD, 2068 St. John Rd, Braxton, MS 39044-9416 |
| 4965963 | + | Brandon Eye Care, 1390 W Government St, Brandon, MS 39042-3272 |
| 4965964 | | Burlet Taylor, 10 Zion Hill Rd, Mendenhall, MS 39114 |
| 4965966 | + | Credebce Resource Mgmt, P.O. Box 1253, Southgate, MI 48195-0253 |
| 4965970 | + | Jalisa Donald, 413 6th Ave, Apt 1, Magee, MS 39111-3770 |
| 4997673 | + | Jalisa Donald, 413 6th Ave, Apt 1G, Magee, MS 39111-3770 |
| 4965972 | | Simpson General Hospit, PO Boc 457, Mendenhall, MS 39114-0457 |
| 4965974 | + | Southern Financial Svc, P.O. Box 15203, Hattiesburg, MS 39404-5203 |
| 4997671 | + | World Finance, 124 Main Ave N, Magee MS 39111-3534 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Mar 17 2026 23:43:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 4965961 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 17 2026 19:48:00 | American Honda Finance, 1220 Old Alpharetta RD, Alpharetta, GA 30005 |
| 4966883 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 17 2026 19:48:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 4965962 | | EDI: ATTWIREBK.COM | Mar 17 2026 23:43:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 4967145 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 17 2026 19:47:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD SUITE 3000, SOUTHFILED, MI 48034-8331 |
| 4965965 | + | Email/Text: mageecom02@bellsouth.net | Mar 17 2026 19:48:00 | Comm Credit, 121 First St Nw, Magee, MS 39111-3501 |
| 4965967 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 17 2026 19:47:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 4965968 | + | EDI: DIRECTV.COM | Mar 17 2026 23:43:00 | DirectTV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 4965969 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 17 2026 19:51:44 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 4981177 | + | Email/Text: bankruptcy@towerloan.com | Mar 17 2026 19:48:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 4967879 | + | Email/Text: BKNC@rlselaw.com | Mar 17 2026 19:48:00 | Natalie Kareda Brown, Rubin Lublin Suarez Senano LLC, U.S. Bank National Association, 428 North Lamar Blvd Suite 107, Oxford, MS 38655-3221 |
| 4965971 | + | EDI: AGFINANCE.COM | Mar 17 2026 23:43:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |

District/off: 0538-3        User: mssbad        Page 2 of 3

Date Rcvd: Mar 17, 2026        Form ID: 3180W        Total Noticed: 30

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 4967524 | | EDI: AGFINANCE.COM | Mar 17 2026 23:43:00 | OneMain Financial Group LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5052809 | + | EDI: PRA.COM | Mar 17 2026 23:43:00 | PRA Receivables Management, LLC as agent of, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 4965975 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 17 2026 19:48:00 | SPS, PO Box 65250, Salt Lake Cit, UT 84165-0250 |
| 4965973 | | Email/Text: rboone@simpsonlawfirm.net | Mar 17 2026 19:48:00 | Simpson Law Firm, P.O. Box 1410, Ridgeland, MS 39158-1410 |
| 4965976 | + | EDI: SYNC | Mar 17 2026 23:43:00 | Syncb/Polaris Consumer, Po Box 965073, Orlando, FL 32896-5073 |
| 4986241 | + | EDI: AISACG.COM | Mar 17 2026 23:43:00 | Synchrony Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4965977 | | Email/Text: bankruptcy@towerloan.com | Mar 17 2026 19:48:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 4986539 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 17 2026 19:48:00 | U.S. Bank National Association as trustee on, behalf of the holders of the Home Equity, Select Portfolio Servicing Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 4973542 | + | Email/Text: bk@worldacceptance.com | Mar 17 2026 19:48:00 | World Finance, World Acceptance Corporation, Attn Bankruptcy, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AMERICAN HONDA FINANCE CORP. D/B/A HONDA LEASE TRU, Kent D. McPhail |
| cr | | Select Portfolio Servicing, Inc. as servicer for U |
| cr | | U.S. Bank National Association, as trustee, on beh |
| cr | *+ | Synchrony Bank c/o AIS Portfolio Services LLC., 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4997087 | *+ | Credit Acceptance***, P.O. Box 5070,, Southfield MI 48086-5070 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

**Name**        **Email Address**

District/off: 0538-3                          User: mssbad                                Page 3 of 3
Date Rcvd: Mar 17, 2026                       Form ID: 3180W                              Total Noticed: 30

David Rawlings
                        ecfnotices@rawlings13.net  sduncan@rawlings13.net

David Rawlings
                        on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net

Jennifer A Curry Calvillo
                        on behalf of Debtor LUETEACER DONALD jennifer@therollinsfirm.com
                        jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Kent D. McPhail
                        on behalf of Creditor AMERICAN HONDA FINANCE CORP. D/B/A HONDA LEASE TRUST
                        bankruptcynotices@mslawyers.law  KentMcPhailAssociatesLLC@jubileebk.net

Natalie Kareda Brown
                        on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-5
                        Home Equity Pass-Through Certificatesk Series 2006-5 nbrown@rlselaw.com,
                        lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

Natalie Kareda Brown
                        on behalf of Creditor Select Portfolio Servicing  Inc. as servicer for U.S. Bank National Association, As Trustee, On Behalf Of
                        The Holders Of The Home Equity Asset Trust 2006-5 Home Equity Pass-Through Certificates, Serie nbrown@rlselaw.com,
                        lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

Thomas Carl Rollins, Jr
                        on behalf of Debtor LUETEACER DONALD trollins@therollinsfirm.com
                        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                        nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                        USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 8

---

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **LUETEACER DONALD** | Social Security number or ITIN   **xxx–xx–9509** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:   **21–00052–KMS**

---

# Order of Discharge

**12/18**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   **LUETEACER DONALD**

   Dated: <u>3/17/26</u>

**By the court:**   <u>/s/Katharine M. Samson</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

---

Form 3180W                                    **Chapter 13 Discharge**                                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2